UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 5 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DAVONTA MELVIN ROWLAND,        )
                               )
            Plaintiff,         )
                               )
      v.                       )          Civil Action No. *14-304*
                               )
UNITED STATES ATTORNEY'S OFFICE, )
                               )
            Defendant.         )
                               )

## MEMORANDUM OPINION

According to the plaintiff, an Assistant United States Attorney has committed fraud, made false accusations and misrepresentations to the court, and otherwise committed legal malpractice in the course of representing the defendants in this court. *See generally* Compl. at 1. For example, she alleges that the attorney represented that plaintiff had filed an appeal to the Supreme Court of the United States, even though "plaintiff has never filed an appeal . . . ." *Id.* "So, after those ambiguous lies to our court by this slug[,] plaintiff demands $6,000,000,000,000 in damages plus interest and costs[.]" *Id.*

Insofar as the plaintiff brings this tort action for damages against a federal government entity or employee, her only means of recovery is under the Federal Tort Claims Act ("FTCA"). The FTCA provides that the "United States shall be liable [for tort claims] in the same manner and to the same extent as a private individual under like circumstances." 28 U.S.C. § 2674(a). It requires that a claimant present her claim to the appropriate federal agency prior to filing a civil action in a federal district court. *McNeil v. United States*, 508 U.S. 106, 113 (1993); 28 U.S.C. § 2675(a). Nothing in the complaint suggests that the plaintiff has exhausted her administrative

remedies by having presented her claim first to the appropriate agency. Absent exhaustion, this Court lacks subject matter jurisdiction. *See McNeil*, 508 U.S. at 113.

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint in its entirety. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 2/10/14

Ellen Shwelk
_____
United States District Judge